No. 1719. LAMAR LIFE BROADCASTING Co. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Application for stay of enforcement of orders of the Federal Communications Commission presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. THE CHIEF JUSTICE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.

No. 1773. SCAFATI, CORRECTIONAL SUPERINTENDENT *v.* FISHER. C. A. 1st Cir. Application for stay of order of the United States Court of Appeals for the First Circuit, dated June 4, 1971, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted by the Court pending further order.

## JUNE 14, 1971

No. 803. GUNDERSON ET AL. *v.* ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL. Affirmed on appeal from D. C. S. D. Fla. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 887. BRENNER ET AL. *v.* SCHOOL DISTRICT OF KANSAS CITY, MISSOURI, ET AL. Affirmed on appeal from D. C. W. D. Mo. *Gordon* v. *Lance, ante,* p. 1. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 1662. SCHOOL DISTRICT OF THE TOWNSHIP OF SHALER ET AL. *v.* INTERIM OPERATING COMMITTEE OF ADMINISTRATIVE UNIT No. 5 ET AL. Affirmed on appeal from D. C. W. D. Pa.